# Third District Court of Appeal

## State of Florida

Opinion filed April 15, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1996
Lower Tribunal No. F22-9555

_____

**Andrew Harris,**
Appellant,

vs.

**State of Florida,**
Appellee.



An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Andrew Harris, in proper person.

James Uthmeier, Attorney General, and Daihana Chang, Assistant Attorney General, for appellee.


Before SCALES, C.J., and MILLER and GOODEN, JJ.

PER CURIAM.

Affirmed.